UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jarrett Dewayne Dixon                               Docket No. 7:18-CR-38-1BR

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jarrett Dewayne Dixon, who, upon an earlier plea of guilty to Distribution and Possession with Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on August 29, 2018, to the custody of the Bureau of Prisons for a term of 20 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

On July 24, 2019, a Petition for Action on Supervised Release was filed with the court reporting that the defendant did not have a viable release plan and would be homeless at the time of his release from the residential re-entry center on August 8, 2019. At that time, the conditions of supervised release were modified, and he was authorized to remain at the residential re-entry center for up to an additional 120 days.

Jarrett Dixon was released from custody on August 8, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ultimately, Dixon was released from the residential re-entry center as scheduled on August 8, 2019 and is residing with his mother at her home in Jacksonville, North Carolina. As such, the condition authorizing him to remain at the residential re-entry center is no longer necessary and it is respectfully recommended that it be removed.

**PRAYING THAT THE COURT WILL ORDER** that the condition authorizing that the defendant remain at the residential re-entry center be removed.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: October 22, 2019 |

**Jarrett Dewayne Dixon**
**Docket No. 7:18-CR-38-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __22__ day of __October__, 2019 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge